UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EDWARD MEEKS,

    Plaintiff,

v.                                  Case No. 15-14270

CITY OF DETROIT, et. al.,

    Defendants.
                                            /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment" dated November 16, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Detroit, Otha Craighead, Dana Russell, Shawn Schmelter, Terry Cross-Nelson, and Dieasree Curry, and against Plaintiff James Edward Meeks. Dated at Detroit, Michigan, this 16th day of November, 2016.

DAVID J. WEAVER
CLERK OF THE COURT

BY:  S/Lisa Wagner
Lisa Wagner, Deputy Clerk
and Case Manager to
Judge Robert H. Cleland

S:\Cleland\TLH\Civil\15-14270.MEEKS.judgment.tlh.wpd